

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES SPARKS, in his official capacity as Billings Field Office Manager; THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants. | CV 15-59-BLG-SPW<br><br>ORDER GRANTING PLAINTIFF FRIENDS OF ANIMALS' UNOPPOSED MOTION TO STAY BRIEFING ON MOTION TO RECOVER LITIGATION COSTS |

Upon the Plaintiff's Unopposed Motion to Stay Briefing on Its Motion to Recover Litigation Costs, Including Reasonable Attorneys' Fees (Doc. 50), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion (Doc. 50) is **GRANTED** and briefing on Plaintiff's Motion for Litigation Costs, Including Reasonable Attorneys' Fees (Doc. 49) is stayed for 60 days.

**IT IS FURTHER ORDERED** that by **Monday, February 6, 2017,** the parties shall file a joint status report either requesting additional time to discuss settlement or proposing a briefing schedule on the fee motion if settlement does not appear possible.

DATED this 6th day of December, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge