

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>JAMES SPARKS, in his official capacity as Billings Field Office Manager; the U.S. BUREAU OF LAND MANAGEMENT, *et al*,<br><br>Defendants. | CV 15-59-BLG-SPW<br><br>**ORDER DISMISSING PLAINTIFFS' MOTION FOR LITIGATION COSTS, INCLUDING REASONABLE ATTORNEYS FEES** |

Upon the parties' Stipulation Regarding Plaintiff's Petition for Attorney's Fees (Doc. 52) resolving Plaintiffs' Motion for Litigation Costs, Including Reasonable Attorneys' Fees ("Fees Motion") (Doc. 49), and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Litigation Costs, Including Reasonable Attorneys' Fees (Doc. 49) is hereby DISMISSED with prejudice.

DATED this 24th day of January, 2017

_____
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE